# No. PD-0229-15

_____

## IN THE TEXAS COURT OF CRIMINAL APPEALS

_____

FILED IN
COURT OF CRIMINAL APPEALS

February 27, 2015

ABEL ACOSTA, CLERK

VICTOR VARGAS
*Appellant*,

v.

THE STATE OF TEXAS
*Appellee*.

_____

On review from the Court of Appeals for the
Eleventh Judicial District at Eastland, Texas

_____

**MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

_____

TO THE HONORABLE JUDGES OF THIS COURT:

Under Rules 10.5(b) and 68.2(c) of the Texas Rules of Appellate Procedure, Victor Vargas, Appellant in the above cause, through his attorney of record, files this motion for an additional two (2) days to file a Petition for Discretionary Review in this cause. In support of this motion, Appellant respectfully shows the Court as follows:

1. On November 20, 2014, the Court of Appeals for the Eleventh District in Eastland, Texas issued its decision in the above appeal, in *Vargas v. State*, Cause 11-14-00283-CR. Subsequently, Appellant filed a motion for rehearing, which the court

overruled on January 27, 2015.

2. The normal deadline for filing a petition for discretionary review of the Court of Appeals' decision in this case was February 23, 2015.

3. Appellant requests additional time to file the petition for discretionary review in this case because due to a clerical error in undersigned counsel's office, the petition was inadvertently filed in the Eleventh Court of Appeals, instead of this Court. *See* Exhibit A, email confirmation of filing (which would have been timely).

4. Should the Court deny this motion Appellant will be denied the effective assistance of counsel.

5. This Court has not granted—nor has Appellant requested—previous extensions in the time to file a petition for discretionary review in this case.

6. It was merely by inadvertence that the petition was not timely filed, in the correct court.[1]

7. The additional time requested by Appellant will not prejudice or inconvenience the State in any manner, nor will the time for resolution of this case be unduly delayed by granting additional time in which to file the Petition for Discretionary Review.

8. The petition will be simultaneously filed along with the filing of this request for extension of time.

---

[1] *See Houser v. McElveen*, 243 S.W.3d 646, 647 (Tex. 2008) (emphasis added) (explaining that extension of time should be granted if "*any* plausible statement of circumstances indicating that failure to file within the [specified] period was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance.").

## PRAYER FOR RELIEF

Therefore, Appellant respectfully requests that the Court issue an order granting an additional two (2) days time to allow him to file his Petition for Discretionary Review in the above case.

Respectfully submitted,

Frank Sellers
Texas Bar No. 24080305
HURLEY, GUINN & SELLERS
1805 13th Street
Lubbock, Texas 79401
P: 806.771.0700
F: 806.763.8199
E: frank@hurleyguinn.com
*Attorneys for Appellant*

## Certificate of Service

Pursuant to TEX. R. APP. P. 9.5(d), a copy of the foregoing was served on opposing counsel *via* facsimile on February 25, 2015.

Frank Sellers

# Exhibit A


## eFileTexas.gov - Filing Submitted - 4252791

1 message

**No-Reply@efiletexas.gov** <No-Reply@efiletexas.gov>                Mon, Feb 23, 2015 at 4:44 PM
To: marina@hurleyguinn.com



# Filing Submitted
Envelope Number: **4252791**

The filing below has been submitted to the clerks office for review. Please allow up to 24 business hours for clerk office processing.

| Filing Details | |
|---|---|
| Court | Courts of Appeals |
| Date/Time Submitted: | 2/23/2015 4:42:35 PM |
| Filing Type: | Petition for Discretionary Review |
| Activity Requested: | EFile |
| Filed By: | Marina Medrano |

| Fee Details | |
|---|---|
| This envelope is pending review and fees may change. | |
| Case Fee Information | $3.34 |
| Payment Service Fees | $0.09 |
| Provider Service Fees | $3.00 |
| Provider Tax Fees | $0.25 |
| Petition for Discretionary Review | $0.00 |
| **Total:** $3.34 (The envelope still has pending filings and the fees are subject to change) | |

| Document Details | |
|---|---|
| Lead File: | Vargas PDR (final w bookmarks).pdf |
| Lead File Page Count: | 254 |

| Contact your service provider with any questions |
|---|
| |



Online: https://prodocefile.com
Phone: (800) 759-5418
Available 24x7 and online with chat

Please do not reply to this email. It was generated automatically by eFileTexas.gov